UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

AURORA COMMERCIAL CORP., et al.

Debtors.

**ORDER**

20 Civ. 8282 (ER)

RAMOS, D.J.

On October 5, 2020, Gerard M. Pierre, *pro se*, initiated an appeal of a September 14, 2020 Order of the United States Bankruptcy Court, Southern District of New York against Aurora Commercial Corp. and Aurora Loan Services, LLC ("Appellees"). Doc. 1; *In re Aurora Commercial Corp., et al.*, No. 19-10843, Doc. 530 (Bankr. S.D.N.Y. Sept. 14, 2020). On October 13, 2020, Appellees requested, pursuant to Rule 13 of the Local Rules for the Division of Business Among District Judges, that this case be marked as related to Pierre's earlier-filed appeal before the Honorable John G. Koeltl, *Pierre v. Aurora Commercial Corp.*, No. 19 Civ. 11207 (JGK) (S.D.N.Y.), and transferred to him. Doc. 5. However, Pierre's appeal before Judge Koeltl was closed on July 24, 2020. *Pierre v. Aurora Commercial Corp.*, No. 19 Civ. 11207 (JGK), 2020 WL 4271790, at *7 (S.D.N.Y. July 24, 2020). Under Rule 13(a)(2)(B), both cases must be pending to be deemed related. Accordingly, Appellees request to join this case with *Pierre v. Aurora Commercial Corp.*, No. 19 Civ. 11207 (JGK) (S.D.N.Y.) is DENIED. In addition, because Appellee's request has been denied, Pierre is no longer required to file a response as the Court had previously directed, Doc. 6.

It is SO ORDERED.

Dated: October 15, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.