UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

AURORA COMMERCIAL COPR.,

                    Debtor.

GERARD M. PIERRE,

                    Appellant,

        v.

AURORA COMMERCIAL CORP, et al.,

                    Appellees.

**Bankruptcy Appeal**
**Scheduling Order**

20 Civ. 8282 (ER)

The above entitled Bankruptcy Appeal has been assigned to Judge Ramos.  Notice of record of appeal was docketed in the District Court on February 2, 2018.

The parties are directed to serve and file briefs according to the following schedule:

- Appellant's brief due Wednesday, November 25, 2020

- Appellee's brief due Friday, December 25, 2020 and

- Appellant's reply due Friday, January 8, 2021.

The Court will advise the parties of the date and time of any oral argument to be scheduled.

It is SO ORDERED.

Dated: October 26, 2020
      New York, New York

_____
Edgardo Ramos, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos