**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

AURORA COMMERCIAL CORP.,

                    Debtor.
-----------------------------------------------------------X
GERARD M. PIERRE,

                    Appellant,                    20 **CIVIL** 8282 (ER)

         -against-                            **JUDGMENT**

AURORA COMMERCIAL CORP. and
AURORA LOAN SERVICES, LLC.,

                    Appellees.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 13, 2021, the September 14, 2020 order of the Bankruptcy Court is AFFIRMED. To the extent not specifically addressed above, the remaining arguments are either moot or without merit.; accordingly, this case is closed.

**Dated:** New York, New York
        August 13, 2021

                                                      **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                                          BY:
                                                               **Deputy Clerk**