# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARD M. PIERRE

(List the full name(s) of the plaintiff(s)/petitioner(s).)

____ CV ____ ( )( )

-against-

AURORA COMMERCIAL CORP.

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 8/13/21 date but did not file a notice of appeal within the required time period because:

Illness.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: September 13, 2021

Signature: /s/ M. P.

Name (Last, First, MI): PIERRE, GERARD M

Address: 200 RAMPART WAY #366
City: DENVER
State: CO
Zip Code: 81730

Telephone Number: 720-838-8681
E-mail Address (if available): gerardpierre703@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/18/2022

## MEMO ENDORSED

The application is  X  granted
                  ____ denied

Edgardo Ramos, U.S.D.J
Dated: 1/18/2022
New York, New York